UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.     21cr10280 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| DARWIN GEOVANI HERRERA ORELLANA, | ) | Count One: Unlawful Reentry of Deported Alien |
| Defendant | ) | (8 U.S.C. § 1326) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges:

On or about December 23, 2020, in Waltham, in the District of Massachusetts, the defendant,

DARWIN GEOVANI HERRERA ORELLANA,

being an alien and having been excluded, removed, and deported from the United States on or about September 22, 2009 and again on August 17, 2012, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Sections 202(3) and (4), and 557.

A TRUE BILL

_Maria Piccolini_
FOREPERSON

_____
KENNETH G. SHINE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 16, 2021
Returned into the District Court by the Grand Jurors and filed.

　　　　　　　　　　　　　　　　　　/s/ Lisa Belpedio at 2:53 pm
　　　　　　　　　　　　　　　　　　DEPUTY CLERK

2